871 A.2d 661

IN THE MATTER OF ROBERT J. HANDFUSS, AN ATTORNEY
AT LAW (ATTORNEY NO. 021191983).

May 4, 2005.

# O R D E R

The Disciplinary Review Board having filed with the Court its decision in DRB 04–430, recommending that **ROBERT J. HAND-FUSS** of **MATAWAN**, who was admitted to the bar of this State in 1983, and who thereafter was suspended from the practice of law since November 2, 2001, by Orders of the Court filed October 5, 2001, and January 27, 2005, be disbarred for violating *RPC* 1.1(b) (pattern of neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.15(b) (failure to deliver entrusted funds to a third party), and *RPC* 8.1(b) (failure to cooperate with disciplinary authorities in multiple matters);

And **ROBERT J. HANDFUSS** having failed to appear on the return date of the Order to Show Cause issued in this matter;

And good cause appearing;

It is ORDERED that **ROBERT J. HANDFUSS** be disbarred and that his name be stricken from the roll of attorneys of this State, effective immediately, and it is further

ORDERED that **ROBERT J. HANDFUSS** be and hereby is permanently restrained and enjoined from practicing law; and it is further

ORDERED that **ROBERT J. HANDFUSS** comply with *Rule* 1:20–20 dealing with disbarred attorneys; and it is further

ORDERED that all funds, if any, currently existing in any New Jersey financial institution maintained by **ROBERT J. HAND-FUSS** pursuant to *Rule* 1:21–6 shall be restrained from disbursement except on application to this Court for good cause shown and shall be transferred by the financial institution to the clerk of the Superior Court Trust Fund pending further Order of this Court; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State.